AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SEGUNDO ALEJANDRO SANCHEZ-SANCHEZ <br> *Petitioner* <br> v. <br> ALEJANDRO MAYORKAS, Sec. US Dept. of Homeland Security; MERRICK GARLAND, US Attorney General; RONALD L. DAVIS, DIR. USMS <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | Case No. 2:23-CV-00043 <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Segundo Alejandro Sanchez-Sanchez
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: U.S. Border Patrol or U.S. Marshals, or facilities contracted by them in TX
   (b) Address: In or near Eagle Pass or Del Rio, Texas
   Border Patrol refused to provide further information
   (c) Your identification number: unknown, Respondents refused to provide this information
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   US Border Patrol, US Marshals Service, US Department of Justice, US Dept. of Homeland Security
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Petitioner sought counsel for an extradition matter after being detained by by Border Patrol in or near Eagle Pass, Texas. Respondents refuse to provide the location of petitioner so that his attorney, George C. Lobb, may represent him.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
☑ Other *(explain)*:  Border Patrol (DHS) and US Marshals Service (DOJ) on an extradition matter.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  Border Patrol (under the US Dept. of Homeland Security) detained Petitioner in or near Eagle Pass, Texas
   (b) Docket number, case number, or opinion number:  unknown
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Petitioner challenges the denail of access to his attorney. Border Patrol (DHS) refuses to identify where Petitioner is being held making it impossible to prepare for his defense in an extradition matter.
   (d) Date of the decision or action:  09/13/2023

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❏ Yes          ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:
       
       
       
       
       
       
   (b) If you answered "No," explain why you did not appeal:
   
   

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes          ❏ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ❏ Yes          ❏ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ❏ Yes          ☑ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ❏ Yes          ☑ No


AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

         If "Yes," provide:
         (1) Name of court: n/a
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

    (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
         ☐ Yes        ☑ No
         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes        ☑ No
         If "Yes," provide:
    (a)    Date you were taken into immigration custody:
    (b)    Date of the removal or reinstatement order:
    (c)    Did you file an appeal with the Board of Immigration Appeals?
         ☐ Yes        ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing:
    (2) Case number:
    (3) Result:
    (4) Date of result:
    (5) Issues raised:

 (d) Did you appeal the decision to the United States Court of Appeals?
   ❒ Yes   ❒ No
   If "Yes," provide:
   (1) Name of court:
   (2) Date of filing:
   (3) Case number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes   ☑ No

If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Denial of right to counsel. The 6th and 14th Amendments of the US Consitution guarantees the right to counsel in proceedings in federal and state court.

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
Here, US Border Patrol (DHS) and/or the US Marshals Service (DOJ) failed and refused to identify the location of Petitioner so that his attorney, George C. Lobb, could communicate with him and visit him in preparation for an extradition matter. Counsel for Petitioner called Respondents at several locations in and near Eagle Pass and Del Rio, Texas. Respondents refused to provide the location of Petitioner despite counsel identifying himself as an attorney and having met Respondents' agents in person in the past.

(b) Did you present Ground One in all appeals that were available to you?
❏ Yes      ☒ No

**GROUND TWO**: Denial of right to counsel as it relates to denial of due process
The 5th, 6th, and 14th Amendements of the US Constitution require counsel of choice at one's expense in extradition matters.

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
Here, Petitioner sought and retained counsel. Since first contact, Petitioner has been held incomunicado and those who have him confined, Respondents, refuse to provide basic information to allow counsel for Petitioner to prepare for his extradition matter. Further, this denial of access to counsel denies Petiitoner of his right to notice and opportunity to be heard in court. Petitioner is not fluent in English and would be woefully unprepared in an extradition matter in US federal court.

(b) Did you present Ground Two in all appeals that were available to you?
❏ Yes      ☒ No

**GROUND THREE**:

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❏ Yes      ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes   ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Petitioner requests the Court order Respondents to disclose to counsel for Petitioner, George C. Lobb at 512-922-8990 or Admin@Lobb.Law, the whereabouts of Petitioner so that an attorney visit may be had in order to prepare for this extradition matter.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  09/23/2023            Petitioner is unable to sign because Respondents have him hidden
                                           *Signature of Petitioner*

                                           /s/ George C. Lobb
                                           *Signature of Attorney or other authorized person, if any*