THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

FEB 07 2024

CLERK, U.S. ...
WESTERN DISTRICT OF COURT
BY _____ DISTRICT OF TEXAS
DEPUTY CLERK

| | | |
|---|---|---|
| SEGUNDO ALEJANDRO SANCHEZ-SANCHEZ, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Case No. DR-23-CV-00043-AM |
| ALEJANDRO MAYORKAS, Sec. U.S. Dept. of Homeland Security; MERRICK GARLAND, U.S. Attorney General; and RONALD L. DAVIS, Director USMS, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before this Court is Plaintiff Segundo Alejandro Sanchez-Sanchez's Notice of Nonsuit, filed on September 20, 2023. (ECF No. 2.) The Plaintiff filed a Petition for Writ of Habeas Corpus on September 13, 2023 [ECF No. 1] but now states he "no longer desires to prosecute this suit against Respondents." (*Id.*)

Accordingly, is it hereby **ORDERED** that the Plaintiff's case is voluntarily **DISMISSED without prejudice**. It is further **ORDERED** that the Clerk of Court shall administratively close this cause of action.

SIGNED on this 7th day of February 2024.

ALIA MOSES
Chief United States District Judge